# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JUDITH VOUGHT,

        Plaintiff,

v.                                                                Case No. 15-C-241

CAROLYN COLVIN,

        Defendant.

## ORDER

Pursuant to the stipulation of the parties, this case is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will find that Plaintiff is disabled under Medical - Vocational Rule 202.04 as of her application date and issue a fully favorable decision. Judgment will be entered accordingly.

**SO ORDERED** this 25th day of September, 2015.

                                                                   /s William C. Griesbach
                                                                   William C. Griesbach, Chief Judge
                                                                   United States District Court